CAUSE NO. 153-269543-163

| | | |
|---|---|---|
| JONATHAN DAVID TSUCHIYA | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| THE CITY OF BEDFORD, | § | 153rd JUDICIAL DISTRICT |
| THE CITY OF COLLEYVILLE, | § | |
| THE CITY OF EULESS, | § | |
| THE CITY OF GRAPEVINE, and | § | |
| THE CITY OF WESTLAKE | § | |
| Defendants. | § | TARRANT COUNTY, TEXAS |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, PLEA TO THE JURISDICTION, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

On this day the Court considered the Motion to Dismiss, Plea to the Jurisdiction, or in the alternative, Motion for Summary Judgment ("Motion") filed by the City of Bedford, the City of Colleyville, the City of Euless, the City of Grapevine, and the Town of Westlake ("Defendants"), defendants in the above styled and numbered cause. The Motion requested that the Court dismiss all claims asserted against Defendants with prejudice. The Court, having considered the Motion, any response, any reply, and the applicable law, finds that the Motion is meritorious and should in all things be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss, Plea to the Jurisdiction, or in the alternative, Motion for Summary Judgment is hereby **GRANTED** and Plaintiff's claims against Defendants in their entirety are hereby dismissed with prejudice.

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, PLEA TO THE JURISDICTION,
OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Court's Minutes
Transaction # 122

**IT IS FURTHER ORDERED** that Defendants are hereby awarded their costs of Court, *attorneys fees of $15,000*

*$634 —*

to be imposed against Plaintiff. Execution shall issue pursuant to this Order.

SO ORDERED on this this 26TH day of March , 2015.

_____
PRESIDING JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, PLEA TO THE JURISDICTION,
OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT